UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-120-TAV-HBG |
| JAMES LEE MELTON, | ) ) ) |
| Defendant. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate H. Bruce Guyton on May 14, 2020 [Doc. 27]. Judge Guyton recommends that the defendant's Motion for Release: Changed Circumstances [Doc. 14] be denied and that defendant remain detained pending his sentencing in this matter. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Guyton's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 27] pursuant to 28 U.S.C. § 636(b)(1). The defendant's Motion for Release: Changed Circumstances [Doc. 14] is **DENIED**, and defendant shall remain detained pending his sentencing.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE